| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br>　SALVACION R. ESCOBER |

Order Filed on October 14, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-11563 JKS

Hearing Date:  3/22/2018

Judge:  JOHN K. SHERWOOD

Debtor is Entitled To Discharge

## MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: October 14, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):        SALVACION R. ESCOBER

Case No.:         18-11563 JKS

Caption of Order:   MODIFIED ORDER CONFIRMING PLAN

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 03/26/2018 is hereby modified as a result of the expiration of the claims bar date and that commencing 02/01/2018 the Debtor shall pay the Standing Trustee the sum of $90.00 for a period of 9 month(s), and then commencing 11/01/2018 the sum of $98.00 for a period of 51 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk