**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Salvacion R. Escobar

Case No.: 18-11563

Chapter: 13

Judge: SHERWOOD

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Salvacion R. Escobar, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 2/3/2023

*Salvacion R. Escobar*
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev 8/1/18